IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ANTHONY TAYLOR,

    Petitioner,

v.                                                          No. 1:15-cv-01270-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER DIRECTING PETITIONER TO SUBMIT STATEMENT
ON ENTITLEMENT TO RELIEF
AND
DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S STATEMENT AND
REMAINING CLAIMS

---

Before the Court is the amended motion of Petitioner, Anthony Taylor, to vacate, set aside, or correct his sentence ("Amended Petition") pursuant to 28 U.S.C. § 2255. Petitioner asserts several ineffective assistance of counsel claims, as well as claims that he no longer qualifies for an enhanced sentence in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Mathis v. United States*, 136 S. Ct. 2243 (2016).[1] On March 2, 2018, the United States Probation Office ("USPO") submitted a memorandum opining that Petitioner's sentence was properly enhanced. Appointed counsel did not respond to the memorandum.

---

[1] The original petition (Docket Entry ("D.E.") 1) was amended by Matthew Maddox, the attorney appointed by the Court to represent Petitioner in his *Johnson* claim. (D.E. 6.) The supplemental pleading presented argument in support of the *Johnson* claim, and added a claim under *Mathis*. The Court allowed the amendment. (D.E. 7.) Petitioner subsequently submitted additional argument *pro se* (D.E. 9-1), and the Court allowed the supplementation (D.E. 10). The Amended Petition is thus comprised of all claims asserted and argued in D.E. 1, D.E. 6, and D.E. 9-1.

Petitioner is ORDERED to file, through his appointed attorney, his position on his *Johnson* and *Mathis* claims in light of the USPO's memorandum. The position statement must be filed within twenty-eight days of entry of this order.

Respondent, the United States of America, is ORDERED to respond to Petitioner's statement, as well as his remaining claims, within twenty-eight days of service of Petitioner's statement. *See Rules Governing Section 2255 Proceedings for the United States District Courts* ("Habeas Rules"), Rule 5(a).

Petitioner may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight days of service. *See* Habeas Rule 5(d). Petitioner may request an extension of time to reply by filing a motion on or before the due date of his reply.

IT IS SO ORDERED this 10th day of October 2018.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE